

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:      Jether Christian and Derek George v. Oceanwide America, Inc., et al.

Appellate case number:   01-19-00557-CV

Trial court case number:  CV-0074184

Trial court:                    County Court at Law No. 1 of Galveston County

     Appellees, Oceanwide America, Inc. and Gabriella USA, LLC, have filed an objection to this Court's September 10, 2019 Order of Referral to Mediation. The Court's Order of Referral to Mediation is hereby withdrawn.

     It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                           Acting individually

Date: ___September 24, 2019___